# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12154-JKF

TIMOTHY W REED
RENE A REED
56 Palm Lane

Levittown, PA 19054

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TIMOTHY W REED
    RENE A REED
    56 Palm Lane

    Levittown, PA 19054

**Counsel for debtor(s), by electronic notice only.**
    KENNETH G HARRISON
    FIVE NESHAMINY INTERPLEX
    SUITE 115
    TREVOSE, PA 19053-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


                                     /s/ William C. Miller

Date: 5/22/2017

                                     _____
                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee