## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Timothy W. Reed<br>        Rene A. Reed<br>                    Debtors<br><br>Ditech Financial LLC<br>                    Movant<br>        vs.<br><br>Timothy W. Reed<br>Rene A. Reed<br>                    Respondents | CHAPTER 13<br><br><br>NO. 17-12154 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Ditech Financial LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 15, 2017 (Document No. 12).

                                                        Respectfully submitted,

                                                        **/s/ Matteo S. Weiner, Esquire**
                                                        Matteo S. Weiner, Esquire
                                                        Attorney for Movant
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        215-627-1322

October 5, 2017