## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Timothy W. Reed<br>        Renee A. Reed<br>                    Debtors<br><br>Toyota Motor Credit Corporation<br>                    Movant<br>        vs.<br><br>Timothy W. Reed<br>Renee A. Reed<br>                    Respondents | CHAPTER 13<br><br><br>NO. 17-12154 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Toyota Motor Credit Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 23, 2017 (Document No. 16).

                                         Respectfully submitted,

                                        **/s/ Matteo S. Weiner, Esquire**
                                        Matteo S. Weiner, Esquire
                                        Attorney for Movant
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

October 6, 2017