UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              *         CHAPTER 13
TIMOTHY & RENE REED                 *         BANKRUPTCY NO. 17-12154 mdc
        Debtor

## O R D E R

AND NOW this _9th_ day of _November_, 2017, upon consideration of the annexed Objection to Proof of Claim No. 33, it is hereby **ORDERED** and **DECREED** that said Objection is **GRANTED**.

Proof of Claim No. 33 is hereby disallowed.

_____
BANKRUPTCY JUDGE