United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12154-mdc
Timothy W Reed                                                          Chapter 13
Rene A Reed
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 1           Date Rcvd: Jan 18, 2018
                             Form ID: 155                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
db/jdb         +Timothy W Reed,    Rene A Reed,    56 Palm Lane,    Levittown, PA 19054-3602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                      Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
              KENNETH G. HARRISON    on behalf of Joint Debtor Rene A Reed kghesq@juno.com
              KENNETH G. HARRISON    on behalf of Debtor Timothy W Reed kghesq@juno.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Timothy W Reed and Rene A Reed
      Debtor(s)

Chapter: 13
Bankruptcy No: 17−12154−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 18,2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                Magdeline D. Coleman
                                Judge ,
                                United States Bankruptcy Court

                                              38
                                        Form 155