UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| TIMOTHY & RENEE REED | * | BANKRUPTCY NO. 17-12154 |
| Debtor | | |

## CERTIFICATE OF SERVICE

I, Kenneth G. Harrison, Esquire, do hereby certify that on January 22, 2018, I mailed to all interested parties a copy of the Application for Counsel Fees, Notice of Application for Counsel Fees and proposed order, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

/s/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149

Amazon/Comenity Capital Bank
Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043


Asset Recovery Solutions
2200 E. Devon Avenue
Des Plaines, IL 60018


Bank of America
P.O. Box 982235
El Paso, TX 79998-8835


Barcleycard
Card Services
P.O. Box 8802
Wilmington, DE 19899-8802


Calvary
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595-1340


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chevron/Synchrony Bank
Bankruptcy Dept
P.O. Box 965061
Orlando, FL 32896-5061

Citgo/Synchrony Bank
Bankruptcy Dept
P.O. Box 965061
Orlando, FL 32896-5061


Citi Cards
Box 6500
Sioux Falls, SD 57117


CorTrust Bank
P.O. Box 495937
Cincinnati, OH 45249


Country Door
1112 7th Avenue
Monroe, WI 53566-1364


Credit Corp Solutions
180 Election Road
Suite 200
Draper, UT 84020


DSNB
701 E. 60th Street N
Sioux Falls, SD 57104


Exchange Service
ATTN: CP-Operations
P.O. Box 660056
Dallas, TX 75266-0056


Exchange Services
ATTN: CP-Operations
P.O. Box 660056
Dallas, TX 75266-0056


First Savings
P.O. Box 5019
Sioux Falls, SD 57117-5019

Ginnys
1112 7th Avenue
Monroe, WI 53566-1364


Home Depot Credit Services
P.O. Box790328
Saint Louis, MO 63179


Home Depot/Citi Cards
Box 6500
Sioux Falls, SD 57117


HSN/Community
P.O. Box 182273
Columbus, OH 43218


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


JC Penny/Synchrony Bank
Bankruptcy Dept
P.O. Box 965060
Orlando, FL 32896-5060


Jefferson Capital Systems
16 McLeland Rd.
Dept. C
Saint Cloud, MN 56303


JH Portfolio Debt Equities
5757 Phantom Drive
Suite 225
Hazelwood, MO 63042-2429


Kohls
P.O. Box 3043
Milwaukee, WI 53201-3043

Legasy Visa
P.O. Box 5097
Sioux Falls, SD 57104-0478


Lenscrafters/Synchrony Bank
Bankruptcy Dept
P.O. Box 965060
Orlando, FL 32896-5060


LVNV Funding, LLC
625 Pilot Road, Suite 3
Las Vegas, NV 89119


LVNV Funding, LLC
625 Pilot Road  Suite 3
Las Vegas, NV 89119


Macy's
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040


Massey's
1112 7th Avenue
Monroe, WI 53566-1364


Midland Funding
2365 Northside Drive
Suite 300
San Diego, CA 92108


Monroe
1112 7th Avenue
Monroe, WI 53566-1364


Montgomery Ward
1112 7th Avenue
Monroe, WI 53566-1364

Navient
123 Justison Street
Suite 300
Wilmington, DE 19801


Old Navy/Synchrony Bank
Bankruptcy Dept
P.O. Box 965060
Orlando, FL 32896-5060


Oliphant Financial, LLC
264 Cattlemen Road
Suite 300
Sarasota, FL 34232


One Main Financial
P.O. Box 64
Evansville, IN 47701-0064


PayPal Credit
P.O. Box 5138
Timonium, MD 21094


Pennsylvania Department of Revenue
1 Revenue Place
Harrisburg, PA 17129-0001


Portfolio Recovery Associates
120 Corporate Blvd
Norfolk, VA 23502


Sams Club/Synchrony Bank
Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060


Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

Shell
P.O. Box 6406
Sioux Falls, SD 57117


Sunoco
P.O. Box 6407
Sioux Falls, SD 57117-6407


Synchrony Bank
Bankruptcy Dept
P.O. Box 965061
Orlando, FL 32896-5061


Target Card Services
P.O. Box 1581
Minneapolis, MN 55440-1581


TJX/Synchrony Bank
Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

William C. Miller, Esquire
Standing Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105