UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              *    CHAPTER 13
TIMOTHY & RENEE REED                *    BANKRUPTCY NO. 17-12154
         Debtor
```

**CERTIFICATION OF NO RESPONSE**

    I, Kenneth G. Harrison, Esquire, attorney for the debtor, hereby certify that as of this date, which is more than twenty (20) days from the date of service, exclusive of date of service, no response has been received as to the Application for Counsel Fees in the above matter.

                                            Respectfully submitted:

                                            /S/ Kenneth G. Harrison
                                            Kenneth G. Harrison, Esquire
                                            Five Neshaminy Interplex  Suite 115
                                            Trevose, PA 19053
                                            (215) 447-3149