UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          *    CHAPTER 13
TIMOTHY & RENEE REED             *    Bankruptcy No. 17-12154
               Debtor            *
```

### ORDER

AND NOW this __1st__ day of _____March_____, 2018, after reviewing the Application for Counsel fees and no objection being filed, it is hereby **ORDERED** and **DECREED**:

Counsel fees in the total amount of $2,700.00 are hereby approved.

Counsel shall be paid $1,400.00 as an administrative expense in the debtors Chapter 13 Plan, through the Standing Chapter 13 Trustee.

*Magdeline D. Coleman*
_____
                                        J.