United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy W Reed  
Rene A Reed  
     Debtors

Case No. 17-12154-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 01, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.  
db/jdb     +Timothy W Reed,   Rene A Reed,   56 Palm Lane,   Levittown, PA 19054-3602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:  
        KENNETH G. HARRISON    on behalf of Joint Debtor Rene A Reed kghesq@juno.com  
        KENNETH G. HARRISON    on behalf of Debtor Timothy W Reed kghesq@juno.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                 TOTAL: 6

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              *    CHAPTER 13
TIMOTHY & RENEE REED                *    Bankruptcy No. 17-12154
                 Debtor             *
```

**ORDER**

AND NOW this __1st__ day of _____March_____, 201__8__ , after reviewing the Application for Counsel fees and no objection being filed, it is hereby **ORDERED** and **DECREED**:

Counsel fees in the total amount of $2,700.00 are hereby approved.

Counsel shall be paid $1,400.00 as an administrative expense in the debtors Chapter 13 Plan, through the Standing Chapter 13 Trustee.

_Magdeline D. Coleman_
_____
                                    J.