United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12154-mdc |
| Timothy W Reed | Chapter 13 |
| Rene A Reed | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 89 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy W Reed, Rene A Reed, 56 Palm Lane, Levittown, PA 19054-3602 |
| cr | + | Ditech Financial LLC FKA Green Tree Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13890947 | | Amazon/Comenity Capital Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 13890948 | + | Asset Recovery Solutions, 2200 E. Devon Avenue, Des Plaines, IL 60018-4501 |
| 13890949 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998-8835 |
| 13890950 | | Barcleycard, Card Services, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 13941457 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14620012 | + | Citigroup Mortgage Loan Trust 2021-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13890958 | + | CorTrust Bank, P.O. Box 495937, Cincinnati, OH 45249-5937 |
| 13917839 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13890962 | | Exchange Service, ATTN: CP-Operations, P.O. Box 660056, Dallas, TX 75266-0056 |
| 13890963 | | Exchange Services, ATTN: CP-Operations, P.O. Box 660056, Dallas, TX 75266-0056 |
| 13890964 | | First Savings, P.O. Box 5019, Sioux Falls, SD 57117-5019 |
| 13890969 | + | HSN/Community, P.O. Box 182273, Columbus, OH 43218-2273 |
| 13991224 | + | Kenneth G. Harrison, Esquire, Five Neshaminy Interplex Suite 115, Trevose, PA 19053-6967 |
| 13890975 | + | Legasy Visa, P.O. Box 5097, Sioux Falls, SD 57117-5097 |
| 13913054 | | Navient Solutions, LLC on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14440488 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13890985 | + | Oliphant Financial, LLC, 264 Cattlemen Road, Suite 300, Sarasota, FL 34243 |
| 13890988 | | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 13905056 | + | Santander Consumer USA Inc dba, Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 13890995 | | Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 13906845 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14072622 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13952679 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:33:47 | Bureaus Investment Group Portfolio No 15 LLC, |

Case 17-12154-mdc   Doc 63   Filed 08/05/21   Entered 08/06/21 00:39:06   Desc Imaged
                             Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 89 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13903123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2021 23:23:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13890960 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 03 2021 23:23:00 | Credit Corp Solutions, 180 Election Road, Suite 200, Draper, UT 84020 |
| 13917987 | | Email/Text: BankruptcyNotices@aafes.com | Aug 03 2021 23:23:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 13890951 | + | Email/Text: bankruptcy@cavps.com | Aug 03 2021 23:23:00 | Calvary, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 13890952 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:30 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13890953 | + | Email/Text: bankruptcy@cavps.com | Aug 03 2021 23:23:00 | Cavalry, 500 Summit Lake Dribe, Suite 400, Valhalla, NY 10595-2322 |
| 13956686 | + | Email/Text: bankruptcy@cavps.com | Aug 03 2021 23:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13890955 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Chevron/Synchrony Bank, Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 13890956 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Citgo/Synchrony Bank, Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 13890957 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:35 | Citi Cards, Box 6500, Sioux Falls, SD 57117-6500 |
| 13890959 | | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13919872 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13890961 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:49 | DSNB, 701 E. 60th Street N, Sioux Falls, SD 57104 |
| 13890978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:34 | Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 13957115 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13919876 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13890965 | | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Ginnys, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13890968 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2021 23:23:00 | HSN.Comenity, P.O. Box 182273, Columbus, OH 43218-2273 |
| 13890966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Home Depot Credit Services, P.O. Box790328, Saint Louis, MO 63179-0328 |
| 13890967 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:49 | Home Depot/Citi Cards, Box 6500, Sioux Falls, SD 57117-6500 |
| 13890970 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2021 23:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13890971 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | JC Penny/Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 13890972 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:23:00 | Jefferson Capital Systems, 16 McLeland Rd., Dept. C, Saint Cloud, MN 56303 |
| 13957316 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:23:00 | Jefferson Capital Systems LLC, Po Box 7999, |

Case 17-12154-mdc    Doc 63    Filed 08/05/21    Entered 08/06/21 00:39:06    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 89 |

| | | | |
|---|---|---|---|
| | | | Saint Cloud Mn 56302-9617 |
| 13890973 | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Aug 03 2021 23:23:00 | JH Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 13890954 | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:33:38 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13890974 | Email/Text: PBNCNotifications@peritusservices.com | Aug 03 2021 23:23:00 | Kohls, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 13890977 + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:33 | LVNV Funding, LLC, 625 Pilot Road Suite 3, Las Vegas, NV 89119-4485 |
| 13929315 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:40 | LVNV Funding, LLC its successors and assigns, as assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13929362 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13890976 | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:30 | Lenscrafters/Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 13890979 | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Massey's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13919871 + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13890980 + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 13949875 + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13890981 | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Monroe, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13919870 + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13890982 | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13919878 + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13950965 | Email/PDF: pa_dc_claims@navient.com | Aug 03 2021 23:33:39 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 13890983 + | Email/PDF: pa_dc_claims@navient.com | Aug 03 2021 23:33:39 | Navient, 123 Justison Street, Suite 300, Wilmington, DE 19801-5363 |
| 13890984 | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Old Navy/Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 13890986 | Email/PDF: cbp@onemainfinancial.com | Aug 03 2021 23:33:46 | One Main Financial, P.O. Box 64, Evansville, IN 47701-0064 |
| 13890989 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:47 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 13959943 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13891835 + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:33:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13890987 + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:30 | PayPal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 13927490 | Email/Text: bnc-quantum@quantum3group.com | | |

Case 17-12154-mdc Doc 63 Filed 08/05/21 Entered 08/06/21 00:39:06 Desc Imaged
Certificate of Notice Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 89 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14215920 | + | Email/Text: bncmail@w-legal.com | Aug 03 2021 23:23:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13890990 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Sams Club/Synchrony Bank, Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13919873 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13890991 | | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:23:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13890992 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Shell, P.O. Box 6406, Sioux Falls, SD 57117-6406 |
| 13890993 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:49 | Sunoco, P.O. Box 6407, Sioux Falls, SD 57117-6407 |
| 13959720 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13890994 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:30 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 13903542 | + | Email/Text: bncmail@w-legal.com | Aug 03 2021 23:23:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13890996 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | TJX/Synchrony Bank, Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13928969 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 03 2021 23:33:49 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13929972 | * | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13950808 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14215980 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 89

Date: Aug 05, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| KENNETH G. HARRISON | on behalf of Joint Debtor Rene A Reed kghesq@juno.com |
| KENNETH G. HARRISON | on behalf of Debtor Timothy W Reed kghesq@juno.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Timothy W Reed and Rene A Reed
      Debtor(s)                                                   Bankruptcy No: 17−12154−mdc
                                                                                 Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                            For The Court
                                                        Timothy B. McGrath
                                                         Clerk of Court

Dated: 8/3/21

                                                                                                                       62 − 61
                                                                                                  Form 138_new