UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: TIMOTHY W REED § Case No. 17-bk-12154
RENE A REED §
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

William C Miller, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 03/29/2017.

2) The plan was confirmed on 01/18/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 06/04/2021.

6) Number of months from filing or conversion to last payment: 50.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $49,650.00.

10) Amount of unsecured claims discharged without full payment: $316,447.55.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 66,000.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 66,000.00 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,400.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 5,127.19 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,527.19 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| KENNETH G HARRISON | Lgl | 0.00 | NA | NA | 1,400.00 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Pri | 522.00 | 522.00 | 522.00 | 522.00 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Uns | 0.00 | 7.96 | 7.96 | 1.77 | 0.00 |
| SYNCHRONY BANK | Uns | 0.00 | 2,337.75 | 2,337.75 | 519.53 | 0.00 |
| TD BANK USA N.A. | Uns | 0.00 | 2,463.32 | 2,463.32 | 547.44 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 7,000.00 | 6,522.96 | 6,522.96 | 6,522.96 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 278.84 | 278.84 | 61.97 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 19,000.00 | 19,440.59 | 19,440.59 | 922.55 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Sec | 16,000.00 | 15,565.22 | 15,565.22 | 616.46 | 0.00 |
| ECMC | Uns | 0.00 | 93,233.21 | 93,233.21 | 20,719.77 | 0.00 |
| Select Portfolio Servicing Inc | Sec | 213,000.00 | 212,159.28 | 212,159.28 | 1,981.53 | 0.00 |
| ARMY & AIR FORCE EXCHANGE | Sec | 0.00 | 199.49 | 199.49 | 199.49 | 0.00 |
| ARMY & AIR FORCE EXCHANGE | Uns | 0.00 | 8,116.84 | 8,116.84 | 1,803.85 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 378.48 | 378.48 | 84.11 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 541.79 | 541.79 | 120.41 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 166.21 | 166.21 | 36.94 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 129.59 | 129.59 | 28.80 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 219.68 | 219.68 | 48.82 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 389.07 | 389.07 | 86.46 | 0.00 |
| TD BANK USA N.A. | Uns | 0.00 | 460.24 | 460.24 | 102.28 | 0.00 |
| QUANTUM3 GROUP | Uns | 0.00 | 1,438.54 | 1,438.54 | 319.70 | 0.00 |
| AMERICAN INFOSOURCE | Uns | 0.00 | 95.15 | 95.15 | 21.15 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 3,062.48 | 3,062.48 | 680.60 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 4,305.95 | 4,305.95 | 956.94 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 3,428.64 | 3,428.64 | 761.97 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | 303.96 | 303.96 | 67.55 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | 378.79 | 378.79 | 84.18 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 3,463.81 | 3,463.81 | 769.78 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 327.85 | 327.85 | 72.86 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 3,490.81 | 3,490.81 | 775.79 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 823.39 | 823.39 | 182.98 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 2,780.19 | 2,780.19 | 617.86 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,957.78 | 1,957.78 | 435.08 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,479.63 | 1,479.63 | 328.83 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,484.90 | 1,484.90 | 330.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,563.95 | 1,563.95 | 347.56 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 3,463.81 | 0.00 | 17.73 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 4,406.45 | 4,406.45 | 979.27 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,197.15 | 1,197.15 | 266.05 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 772.84 | 772.84 | 171.75 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 3,268.00 | 3,268.00 | 726.27 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 255.76 | 255.76 | 56.84 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 5,124.08 | 5,124.08 | 1,138.76 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,811.24 | 1,811.24 | 402.52 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 2,286.39 | 2,286.39 | 508.12 | 0.00 |
| ARMY & AIR FORCE EXCHANGE | Uns | 0.00 | 8,151.60 | 8,151.60 | 1,811.58 | 0.00 |
| ARMY & AIR FORCE EXCHANGE | Uns | 0.00 | 8,922.73 | 8,922.73 | 1,982.96 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 0.00 | 1,898.09 | 1,898.09 | 421.82 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 0.00 | 2,882.55 | 2,882.55 | 640.61 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 0.00 | 4,354.54 | 4,354.54 | 967.73 | 0.00 |
| DEPARTMENT STORE NATIONAL | Uns | 0.00 | 1,279.73 | 1,279.73 | 284.40 | 0.00 |
| DEPARTMENT STORE NATIONAL | Uns | 0.00 | 234.82 | 234.82 | 52.18 | 0.00 |
| PREMIER BANKCARD, LLC. | Uns | 0.00 | 1,328.91 | 1,328.91 | 295.33 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP | Uns | 0.00 | 1,169.87 | 1,169.87 | 259.99 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 1,389.34 | 1,389.34 | 308.76 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 501.21 | 501.21 | 111.38 | 0.00 |
| SYNCHRONY BANK | Uns | 0.00 | 1,121.67 | 1,121.67 | 249.27 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 100.78 | 100.78 | 22.40 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 3,161.80 | 3,161.80 | 702.67 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 5,802.20 | 5,802.20 | 1,289.46 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 3,596.16 | 3,596.16 | 799.20 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 738.86 | 738.86 | 164.21 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 656.96 | 656.96 | 146.00 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 1,514.54 | 1,514.54 | 336.59 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 691.48 | 691.48 | 153.67 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 3,613.39 | 3,613.39 | 803.02 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 2,311.48 | 2,311.48 | 513.69 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 2,212.02 | 2,212.02 | 491.59 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 789.75 | 789.75 | 175.51 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 2,436.68 | 2,436.68 | 541.51 | 0.00 |
| KENNETH G HARRISON | Lgl | 0.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| AMAZON COMENITY CAPITAL | Uns | 789.61 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY SOLUTIONS | Uns | 4,162.98 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 785.98 | NA | NA | 0.00 | 0.00 |
| BARCLEYCARD | Uns | 1,514.00 | NA | NA | 0.00 | 0.00 |
| CALLVARY | Uns | 2,882.55 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 11,137.83 | NA | NA | 0.00 | 0.00 |
| CAVALRY | Uns | 4,265.54 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 5,815.97 | NA | NA | 0.00 | 0.00 |
| CHEVRON/SYNCHRONY BANK | Uns | 273.94 | NA | NA | 0.00 | 0.00 |
| CITGO/SYNVHRONY BANKK | Uns | 31.93 | NA | NA | 0.00 | 0.00 |
| CITI CARDS | Uns | 4,305.95 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Uns | 2,442.58 | NA | NA | 0.00 | 0.00 |
| COINTRY DOOR | Uns | 166.21 | NA | NA | 0.00 | 0.00 |
| CREDIT CORP SOLUTIONS | Uns | 1,895.84 | NA | NA | 0.00 | 0.00 |
| DSNB | Uns | 1,279.73 | NA | NA | 0.00 | 0.00 |
| EXCHANGE SERVICES | Uns | 18,981.44 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS | Uns | 1,600.81 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GINNYS | Uns | 216.36 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 2,902.02 | NA | NA | 0.00 | 0.00 |
| HSN COMENITY | Uns | 59.41 | NA | NA | 0.00 | 0.00 |
| HSN/COMMUNITY | Uns | 2,347.33 | NA | NA | 0.00 | 0.00 |
| JC PENNEYS/SYNCHRONY BANK | Uns | 4,406.45 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 1,328.91 | NA | NA | 0.00 | 0.00 |
| JH PORTFOLIO DEBT EQUITIES | Uns | 11,597.81 | NA | NA | 0.00 | 0.00 |
| KOHLS | Uns | 667.80 | NA | NA | 0.00 | 0.00 |
| LEGASY VISA | Uns | 2,263.85 | NA | NA | 0.00 | 0.00 |
| LENCRAFTERS/SYNCHRONY BANK | Uns | 3,098.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 5,941.87 | NA | NA | 0.00 | 0.00 |
| MACY'S | Uns | 193.67 | NA | NA | 0.00 | 0.00 |
| MASSEY'S | Uns | 541.79 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 10,979.82 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Uns | 389.07 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Uns | 2,202.35 | NA | NA | 0.00 | 0.00 |
| OLD NAVY/SYCHRONY BANK | Uns | 2,367.02 | NA | NA | 0.00 | 0.00 |
| OLIPGHANT FINANCIAL LLC | Uns | 1,091.83 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL | Uns | 5,500.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL CREDIT | Uns | 3,535.22 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO REC ASSOC. | Uns | 12,490.16 | NA | NA | 0.00 | 0.00 |
| SAMS CLUB/SYNCHRONY BANK | Uns | 1,811.24 | NA | NA | 0.00 | 0.00 |
| SHELL | Uns | 1,370.47 | NA | NA | 0.00 | 0.00 |
| SUNOCO | Uns | 159.64 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 1,414.14 | NA | NA | 0.00 | 0.00 |
| TARGET CARD SERVICES | Uns | 3,445.24 | NA | NA | 0.00 | 0.00 |
| TJX/SYNCHRONY BANK | Uns | 1,391.41 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 212,159.28 | $ 1,981.53 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 35,205.30 | $ 1,738.50 | $ 0.00 |
| **TOTAL SECURED:** | $ 247,364.58 | $ 3,720.03 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 7,044.96 | $ 7,044.96 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 7,044.96 | $ 7,044.96 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 219,091.87 | $ 48,707.82 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,527.19 |
| Disbursements to Creditors | $ 59,472.81 |
| **TOTAL DISBURSEMENTS:** | $ 66,000.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  08/16/2021            By:  William C. Miller
                                  Chapter 13 Standing Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)